UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (rf-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
973-200-0988
Attorney for Debtor

In Re:

David G. Santee

Debtor

Case No.: __17-29204-VFP__

Judge: __Vincent F. Papalia__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Specialized Loan Servicing__, creditor,

   A hearing has been scheduled for __10-17-19__, at __11:00 am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ __6,746.16__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10-2-19

Date: _____

/s/David G. Santee
Debtor's Signature

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163-6007

☐ Check if your address has changed and fill out form on reverse side, signature required.

LOAN NUMBER: ███169
DATE: 09/17/19

23 MAIR AVE
TOTOWA, NJ 07512

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payment to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

August, 2019   Payments
September, 2019  =  5,059.62
October, 2019

SPECIALIZED LOAN SERVICING LLC
PO BOX 60535
CITY OF INDUSTRY, CA 91716-0535

3200



JANET L SANTEE
DAVID G SANTEE
23 MAIR AVENUE
TOTOWA, NJ 07512

270
55-136/312

September 30, 2019

PAY TO THE ORDER OF  Specialized Loan Servicing    $ 5,059.62/100

Five thousand Fifty-nine and 62/100 ———— DOLLARS

TD BANK, N.A.

August, 2019, September, 2019
October, 2019 Paid in Full
FOR 1014572169 (3 Months)

Janet L. Santee

mailed
10-1-19
10:50 A.M.
Little Falls
Post office
inside

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163-6007

☐ Check if your address has changed and fill out form on reverse side, signature required.

LOAN NUMBER: ████2169
DATE: 06/17/19

23 MAIR AVE
TOTOWA, NJ 07512

1686.54

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payment to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us.

SPECIALIZED LOAN SERVICING LLC
PO BOX 60535
CITY OF INDUSTRY, CA 91716-0535

1669

---

JANET L SANTEE
23 MAIR AVENUE
TOTOWA, NJ 07512

3148
55-136/312

September 13, 2019

Pay to the Order of: Specialized Loan Servicing    $ 1686.54/00

One thousand Six hundred eighty-six and 54/100 Dollars

TD BANK, N.A.

For 1014572169  July 2019

Janet L Santee

3148

cleared 9-20-19

July