Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 17−29204−VFP
                                Chapter: 13
                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David G. Santee
    23 Mair Avenue
    Totowa, NJ 07512

Social Security No.:
    xxx−xx−9393

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        11/7/19
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr

COMMISSION OR FEES
$2112.50

EXPENSES
$13.90

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 16, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

Case 17-29204-VFP    Doc 50    Filed 10/18/19    Entered 10/21/19 00:34:47    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-29204-VFP
David G. Santee                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2          Date Rcvd: Oct 16, 2019
                               Form ID: 137                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db             +David G. Santee,    23 Mair Avenue,    Totowa, NJ 07512-2312
517079918      +Chase Bank, NA,    200 White Clay Center Drive,    Newark, DE 19711-5466
517079920       Dynamic Recovery Solutions,    Box 25759,    Greenville, SC 29616-0759
517079922      +Frederick Esposito, A&A Building,    c/oHanlon Niemann & Wright,    3499 Route 9 North,
                 Suite 1-F,    Freehold, NJ 07728-3277
517079923      +HSBC,    1800 Tysons Blvd,    Mc Lean, VA 22102-4267
517079924      +Janet L. Santee,    23 Mair Avenue,    Totowa, NJ 07512-2312
517079925       LVNV Funding, LLC,    652 Pilot Road,    Suite 3,    Las Vegas, NV 89119-4485
517184356      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517184357      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517079927      +Wells Fargo Bank, NA,    101 N. Phillips Avenue,    Sioux Falls, SD 57104-6714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:16:26
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517079916      +E-mail/Text: bankruptcy@bbandt.com Oct 17 2019 00:20:36     BB&T,   Box 1704,
                 Clemmons, NC 27012-1704
517297727       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:18:00     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
517079917      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2019 00:16:32     Capital One Bank,
                 4851 Cox Road,    Glen Allen, VA 23060-6293
517106703       E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2019 00:20:40
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517079919      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2019 00:20:40     Ditech Financial, LLC,
                 Box 6172,   Rapid City, SD 57709-6172
517079921      +E-mail/Text: egssupportservices@alorica.com Oct 17 2019 00:21:25     EGS Financial Care, Inc.,
                 Box 1020,   Dept 806,   Horsham, PA 19044-8020
517275971       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:16:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
                 Acquisition Corporation (USA),    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517219315       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2019 00:31:58
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517292537       E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2019 00:21:02
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517167949       E-mail/Text: bankruptcy@bbandt.com Oct 17 2019 00:21:05     Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
517079926      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:16:25     Sync/Lowes,   Box 965005,
                 Orlando, FL 32896-5005
517082008      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:16:25     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: 137               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Gary L. Mason    on behalf of Plaintiff Frederick   Esposito gary@garlandmasonlaw.com
            Gary L. Mason    on behalf of Creditor    A&A Building Systems Corp. gary@garlandmasonlaw.com
            Gary L. Mason    on behalf of Creditor Esposito   Frederick gary@garlandmasonlaw.com
            Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing LLC
             kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Ralph A Ferro, Jr    on behalf of Debtor David G. Santee ralphferrojr@msn.com
            Ralph A Ferro, Jr    on behalf of Defendant David G. Santee ralphferrojr@msn.com
            Steven Z Jurista    on behalf of Mediator Steven   Jurista sjurista@wjslaw.com,
             ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```