**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
David G. Santee

_____

| | |
|---|---|
| In Re: | )  Case No.:  17-29204 (VFP) |
| | ) |
| | )  Chapter:  13 |
| **David G. Santee** | ) |
| | )  Judge:  Vincent F. Papalia |
| | ) |
| | )  Hearing Date:   11/7/19 2:00 p.m. |
| Debtor | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**
 DATED: November 14, 2019

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

1

**Case No.: 17-29204-VFP**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,112.50** for services rendered and expenses in the amount of **$13.90** for a total of **$2,126.40**  The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

__X__    Plan Payments will increase

- The Debtor's current monthly Plan payments are: $632.00
- Beginning December 1, 2019, monthly Plan payments will increase to $696.00