**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
David G. Santee

_____

| In Re: | ) | Case No.:  17-29204 (VFP) |
|---|---|---|
| | ) | |
| | ) | Chapter:  13 |
| **David G. Santee** | ) | |
| | ) | Judge:  Vincent F. Papalia |
| | ) | |
| | ) | Hearing Date:   11/7/19 2:00 p.m. |
| _____Debtor_____ | ) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.
 **DATED: November 14, 2019**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

1

**Case No.: 17-29204-VFP**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,112.50** for services rendered and expenses in the amount of **$13.90** for a total of **$2,126.40**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase

- The Debtor's current monthly Plan payments are: $632.00
- Beginning December 1, 2019, monthly Plan payments will increase to $696.00

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29204-VFP
David G. Santee                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                 Page 1 of 1           Date Rcvd: Nov 14, 2019
                             Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db           +David G. Santee,    23 Mair Avenue,    Totowa, NJ 07512-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Gary L. Mason    on behalf of Plaintiff Frederick  Esposito gary@garlandmasonlaw.com
      Gary L. Mason    on behalf of Creditor   A&A Building Systems Corp. gary@garlandmasonlaw.com
      Gary L. Mason    on behalf of Creditor Esposito  Frederick gary@garlandmasonlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing LLC
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Ralph A Ferro, Jr    on behalf of Debtor David G. Santee ralphferrojr@msn.com
      Ralph A Ferro, Jr    on behalf of Defendant David G. Santee ralphferrojr@msn.com
      Steven Z Jurista    on behalf of Mediator Steven  Jurista sjurista@wjslaw.com,
       ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 10