**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
David G. Santee

Order Filed on August 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| In Re: | ) Case No.: 17-29204 (VFP) |
|  | ) |
|  | ) Chapter:  13 |
| **David G. Santee** | ) |
|  | ) Judge:  Vincent F. Papalia |
|  | ) |
|  | ) |
| _____ Debtor_____ | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 6, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

**Case No.: 17-29204-VFP**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$980.00** for services rendered and expenses in the amount of **$6.10** for a total of **$986.10.** The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

__X__    Plan Payments will increase

- The Debtor's current monthly Plan payments are: $696.00
- Beginning September 1, 2020, monthly Plan payments will increase to $735.00

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29204-VFP
David G. Santee                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 06, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db              +David G. Santee,    23 Mair Avenue,    Totowa, NJ 07512-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary L. Mason    on behalf of Plaintiff Frederick   Esposito gary@garlandmasonlaw.com
              Gary L. Mason    on behalf of Creditor    A&A Building Systems Corp. gary@garlandmasonlaw.com
              Gary L. Mason    on behalf of Creditor Esposito   Frederick gary@garlandmasonlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Debtor David G. Santee ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Defendant David G. Santee ralphferrojr@msn.com
              Steven Z Jurista    on behalf of Mediator Steven   Jurista sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10