Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

**Chapter 13 Case # 17-29204**

Re:   DAVID G. SANTEE                                       Atty:   RALPH A. FERRO, JR., ESQ.
      23 MAIR AVENUE                                                66 EAST MAIN STREET - 3RD FLOOR
      TOTOWA, NJ  07512                                             LITTLE FALLS, NJ  07424

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/02/2017 | $220.00 | 4324027000  - | 10/30/2017 | $220.00 | 4394966000  - |
| 11/29/2017 | $220.00 | 4474365000  - | 01/01/2018 | $220.00 | 4554724000  - |
| 01/31/2018 | $220.00 | 4631404000  - | 03/02/2018 | $220.00 | 4718304000  - |
| 04/02/2018 | $296.00 | 4794323000 | 05/01/2018 | $296.00 | 4874119000 |
| 06/01/2018 | $296.00 | 4953976000 | 07/02/2018 | $245.34 | 5038720000 |
| 08/01/2018 | $632.00 | 5110841000 | 09/04/2018 | $632.00 | 5197196000 |
| 10/01/2018 | $632.00 | 5277573000 | 11/02/2018 | $632.00 | 5360748000 |
| 12/03/2018 | $632.00 | 5432694000 | 01/02/2019 | $632.00 | 5507604000 |
| 02/04/2019 | $632.00 | 5590325000 | 03/04/2019 | $632.00 | 5668655000 |
| 04/01/2019 | $632.00 | 5748738000 | 05/02/2019 | $632.00 | 5829223000 |
| 06/03/2019 | $632.00 | 5909679000 | 07/02/2019 | $632.00 | 5986085000 |
| 08/05/2019 | $632.00 | 6066922000 | 09/03/2019 | $632.00 | 6146625000 |
| 10/02/2019 | $632.00 | 6222551000 | 11/04/2019 | $632.00 | 6300992000 |
| 12/02/2019 | $632.00 | 6373622000 | 01/03/2020 | $696.00 | 6450826000 |
| 02/05/2020 | $696.00 | 6532739000 | 03/02/2020 | $696.00 | 6608166000 |
| 04/02/2020 | $696.00 | 6682130000 | 05/04/2020 | $696.00 | 6759649000 |
| 06/02/2020 | $696.00 | 6835443000 | 07/02/2020 | $696.00 | 6910622000 |
| 08/03/2020 | $696.00 | 6985529000 | 09/02/2020 | $696.00 | 7057253000 |
| 10/02/2020 | $735.00 | 7130322000 | 11/02/2020 | $735.00 | 7206096000 |
| 12/03/2020 | $735.00 | 7280837000 | 02/02/2021 | $735.00 | 7425880000 |
| 03/02/2021 | $735.00 | 7492892000 | 04/05/2021 | $735.00 | 7574195000 |
| 05/03/2021 | $735.00 | 7639387000 | 06/02/2021 | $735.00 | 7713256000 |
| 07/02/2021 | $735.00 | 7783095000 | 08/03/2021 | $735.00 | 7854988000 |
| 09/02/2021 | $735.00 | 7920484000 | 10/04/2021 | $735.00 | 7987898000 |
| 11/02/2021 | $735.00 | 8056152000 | 12/02/2021 | $735.00 | 8119834000 |
| 01/04/2022 | $735.00 | 8187110000 | 02/02/2022 | $735.00 | 8249909000 |
| 03/03/2022 | $735.00 | 8314654000 | 04/04/2022 | $735.00 | 8383110000 |
| 05/02/2022 | $735.00 | 8441561000 | 06/03/2022 | $735.00 | 8508650000 |
| 07/05/2022 | $735.00 | 8569220000 | 07/12/2022 | $735.00 | 8583434000 |
| 07/13/2022 | $735.00 | 8583438000 | 08/02/2022 | $120.01 | 860115148 |

**Total Receipts: $36,486.35  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $36,486.35**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,014.06 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 16,351.58 | 100.00% | 16,351.58 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BB&T | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,141.39 | 100.00% | 2,127.82 | 13.57 |
| 0003 | CHASE BANK, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 542.39 | 100.00% | 542.39 | 0.00 |
| 0005 | DYNAMIC RECOVERY SOLUTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | FREDERICK ESPOSITO, A&A BUILDING | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 993.41 | 100.00% | 987.11 | 6.30 |
| 0013 | WELLS FARGO BANK, NA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,321.00 | 100.00% | 2,306.29 | 14.71 |
| 0018 | SHEFFIELD FINANCIAL | UNSECURED | 2,507.34 | 100.00% | 2,491.45 | 15.89 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 3,267.19 | 100.00% | 3,246.48 | 20.71 |
| 0020 | CACH LLC | UNSECURED | 5,809.18 | 100.00% | 5,772.36 | 36.82 |
| 0021 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $36,370.54**
See Summary

# LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CACH LLC | | | | | | |
| | 09/21/2020 | $101.49 | 855538 | 10/19/2020 | $219.49 | 857450 |
| | 11/16/2020 | $231.79 | 859245 | 12/21/2020 | $231.78 | 861020 |
| | 01/11/2021 | $231.79 | 862898 | 03/15/2021 | $231.79 | 866399 |
| | 04/19/2021 | $231.79 | 867974 | 05/17/2021 | $231.77 | 869920 |
| | 06/21/2021 | $235.56 | 871682 | 07/19/2021 | $235.54 | 873536 |
| | 08/16/2021 | $235.54 | 875224 | 09/20/2021 | $235.55 | 876943 |
| | 10/18/2021 | $235.54 | 878736 | 11/17/2021 | $238.05 | 880443 |
| | 12/13/2021 | $238.05 | 882088 | 01/10/2022 | $238.04 | 883735 |
| | 02/14/2022 | $238.07 | 885407 | 03/14/2022 | $238.05 | 887134 |
| | 04/18/2022 | $241.81 | 888787 | 05/16/2022 | $241.80 | 890545 |
| | 06/20/2022 | $241.82 | 892203 | 07/18/2022 | $241.81 | 893958 |
| | 08/15/2022 | $725.44 | 895525 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 09/21/2020 | $57.08 | 856296 | 10/19/2020 | $123.44 | 858158 |
| | 11/16/2020 | $130.36 | 859945 | 12/21/2020 | $130.37 | 861781 |
| | 01/11/2021 | $130.36 | 863538 | 03/15/2021 | $130.36 | 867079 |
| | 04/19/2021 | $130.36 | 868810 | 04/19/2021 | ($130.36) | 868810 |
| | 04/19/2021 | $130.36 | 869686 | 05/17/2021 | $130.37 | 870698 |
| | 06/21/2021 | $132.46 | 872502 | 07/19/2021 | $132.48 | 874279 |
| | 08/16/2021 | $132.47 | 875972 | 09/20/2021 | $132.48 | 877723 |
| | 10/18/2021 | $132.47 | 879469 | 11/17/2021 | $133.89 | 881183 |
| | 12/13/2021 | $133.88 | 882807 | 01/10/2022 | $133.90 | 884453 |
| | 02/14/2022 | $133.87 | 886162 | 03/14/2022 | $133.89 | 887861 |
| | 04/18/2022 | $136.00 | 889598 | 05/16/2022 | $135.99 | 891284 |
| | 06/20/2022 | $136.01 | 892985 | 07/18/2022 | $136.00 | 894664 |
| | 08/15/2022 | $407.99 | 896252 | | | |

**Chapter 13 Case # 17-29204**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/21/2020 | $37.41 | 8001772 | | 09/21/2020 | $40.55 | 8001772 |
| | 10/19/2020 | $87.69 | 8001836 | | 10/19/2020 | $80.91 | 8001836 |
| | 11/16/2020 | $85.44 | 8001892 | | 11/16/2020 | $92.61 | 8001892 |
| | 12/21/2020 | $92.61 | 8001947 | | 12/21/2020 | $85.44 | 8001947 |
| | 01/11/2021 | $85.45 | 8002011 | | 01/11/2021 | $92.60 | 8002011 |
| | 03/15/2021 | $92.62 | 8002123 | | 03/15/2021 | $85.43 | 8002123 |
| | 04/19/2021 | $85.45 | 8002171 | | 04/19/2021 | $92.60 | 8002171 |
| | 05/17/2021 | $92.62 | 8002234 | | 05/17/2021 | $85.44 | 8002234 |
| | 06/21/2021 | $86.83 | 8002277 | | 06/21/2021 | $94.10 | 8002277 |
| | 07/19/2021 | $94.11 | 8002330 | | 07/19/2021 | $86.83 | 8002330 |
| | 08/16/2021 | $86.83 | 8002383 | | 08/16/2021 | $94.11 | 8002383 |
| | 09/20/2021 | $94.11 | 8002432 | | 09/20/2021 | $86.82 | 8002432 |
| | 10/18/2021 | $86.83 | 8002481 | | 10/18/2021 | $94.11 | 8002481 |
| | 11/17/2021 | $95.11 | 8002529 | | 11/17/2021 | $87.75 | 8002529 |
| | 12/13/2021 | $87.75 | 8002581 | | 12/13/2021 | $95.11 | 8002581 |
| | 01/10/2022 | $95.11 | 8002633 | | 01/10/2022 | $87.75 | 8002633 |
| | 02/14/2022 | $87.74 | 8002683 | | 02/14/2022 | $95.12 | 8002683 |
| | 03/14/2022 | $95.10 | 8002741 | | 03/14/2022 | $87.76 | 8002741 |
| | 04/18/2022 | $89.14 | 8002785 | | 04/18/2022 | $96.61 | 8002785 |
| | 05/16/2022 | $96.63 | 8002843 | | 05/16/2022 | $89.13 | 8002843 |
| | 06/20/2022 | $89.14 | 8002892 | | 06/20/2022 | $96.60 | 8002892 |
| | 07/18/2022 | $96.61 | 8002950 | | 07/18/2022 | $89.14 | 8002950 |
| | 08/15/2022 | $267.41 | 8002997 | | 08/15/2022 | $289.85 | 8002997 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/21/2020 | $17.36 | 8001771 | | 10/19/2020 | $37.53 | 8001838 |
| | 11/16/2020 | $39.64 | 8001891 | | 12/21/2020 | $39.63 | 8001948 |
| | 01/11/2021 | $39.64 | 8002006 | | 03/15/2021 | $39.64 | 8002122 |
| | 04/19/2021 | $39.63 | 8002172 | | 05/17/2021 | $39.64 | 8002226 |
| | 06/21/2021 | $40.29 | 8002274 | | 07/19/2021 | $40.27 | 8002327 |
| | 08/16/2021 | $40.28 | 8002379 | | 09/20/2021 | $40.28 | 8002429 |
| | 10/18/2021 | $40.28 | 8002478 | | 11/17/2021 | $40.71 | 8002525 |
| | 12/13/2021 | $40.71 | 8002578 | | 01/10/2022 | $40.71 | 8002630 |
| | 02/14/2022 | $40.70 | 8002680 | | 03/14/2022 | $40.71 | 8002734 |
| | 04/18/2022 | $41.35 | 8002787 | | 05/16/2022 | $41.36 | 8002840 |
| | 06/20/2022 | $41.34 | 8002894 | | 07/18/2022 | $41.36 | 8002945 |
| | 08/15/2022 | $124.05 | 8002995 | | | | |
| SHEFFIELD FINANCIAL | | | | | | | |
| | 09/21/2020 | $43.80 | 856617 | | 10/19/2020 | $94.74 | 858457 |
| | 11/16/2020 | $100.04 | 860231 | | 12/21/2020 | $100.05 | 862087 |
| | 01/11/2021 | $100.03 | 863773 | | 03/15/2021 | $100.05 | 867324 |
| | 04/19/2021 | $100.05 | 869124 | | 05/17/2021 | $100.04 | 870969 |
| | 06/21/2021 | $101.66 | 872801 | | 07/19/2021 | $101.67 | 874547 |
| | 08/16/2021 | $101.66 | 876253 | | 09/20/2021 | $101.67 | 878029 |
| | 10/18/2021 | $101.66 | 879759 | | 11/17/2021 | $102.75 | 881457 |
| | 12/13/2021 | $102.75 | 883091 | | 01/10/2022 | $102.74 | 884737 |
| | 02/14/2022 | $102.75 | 886458 | | 03/14/2022 | $102.75 | 888151 |
| | 04/18/2022 | $104.37 | 889889 | | 05/16/2022 | $104.37 | 891561 |
| | 06/20/2022 | $104.37 | 893283 | | 07/18/2022 | $104.37 | 894934 |
| | 08/15/2022 | $313.11 | 896512 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 06/15/2020 | $215.15 | 851081 | | 06/15/2020 | $210.63 | 851081 |
| | 07/20/2020 | $318.49 | 852938 | | 07/20/2020 | $325.31 | 852938 |
| | 09/21/2020 | $1.93 | 856636 | | 09/21/2020 | $1.88 | 856636 |

**Chapter 13 Case # 17-29204**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 12, 2022.

Receipts: $36,486.35   -   Paid to Claims: $18,004.90   -   Admin Costs Paid: $18,365.64   =   Funds on Hand: $115.81

Unpaid Balance to Claims: $108.00   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **($7.81)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.